UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Chapter 11

    150 Calyer, LLC                                               Case No.  19-41041

                    Debtor.                          **Notice of Appearance**
----------------------------------------------------------x

        PLEASE TAKE NOTICE, that Backenroth Frankel & Krinsky LLP hereby appears as attorneys for the Debtor.

Dated: New York, New York
       February 25, 2019

                                    BACKENROTH FRANKEL & KRINSKY, LLP
                                    Proposed Attorneys for the Debtor

                    By:    s/Mark Frankel
                            800 Third Avenue
                            New York, New York  10022
                            (212) 593-1100