**Information to identify the case:**

Debtor: **119A Calyer LLC.**
Name

EIN **82–3478594**

United States Bankruptcy Court **Eastern District of New York**

Case number: **1–19–41040–cec**

Date case filed for chapter **11  2/22/19**

# NOTICE OF HEARING ON DEFECTIVE OR DEFICIENT FILING – CHAPTER 11 NON–INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy case commenced by the above–referenced debtor(s) on February 22, 2019 is deficient. The debtor is not represented by an attorney. Only an individual may appear without an attorney; for this reason, the debtor must be represented by an attorney in all Chapter 11 cases filed by a corporation, limited liability company, partnership, trust, or any other entity. To cure this deficiency, the debtor's attorney must file a notice of appearance with the court within fourteen (14) days of the date of this notice.

If the deficiency is not cured, a hearing to consider the dismissal or conversion of this Chapter 11 case will be held before the Honorable Carla E. Craig, United States Bankruptcy Judge on March 13, 2019, at 03:00 PM at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3529 – 3rd Floor, Brooklyn, NY 11201–1800**

Responsive papers, if any, must be filed with the Court no later than three (3) business days prior to the hearing date.

Dated: February 25, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntcdeffiling5.jsp** [Notice of Hearing on Defective or Deficient Filing – Chapter 11 Non–Individual rev. 02/01/17]