UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

119A Calyer LLC.,

                Debtor(s).

------------------------------------------------------------x

Case No. 19-41040-cec

Chapter 11

ORDER DISMISSING CASE

Upon the Notice of Hearing on Defective or Deficient Filing – Chapter 11 Non-Individual issued by the Court, and upon the Response, filed and served by Mark A. Frankel (ECF No. 13), and upon the hearing held before this Court on March 13, 2019, and it appearing that appropriate notice has been given, it is

**ORDERED**, that this case commenced under Chapter 11 of the Bankruptcy Code is dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: Brooklyn, New York
April 4, 2019

                        /s/ Carla E. Craig
                        Carla E. Craig
                        United States Bankruptcy Judge